**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:26-cr-16–WLS-ALS** |
| **ALLEN WELDON** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# <u>ORDER</u>

The Court intends to notice this case for the February 2027 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, November 10, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **<u>otherwise, this case will be noticed for a pretrial conference</u>**.

**SO ORDERED** this 3rd day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**